JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARTUR BASENTSIAN,<br><br>                          Petitioner,<br><br>                    v.<br><br>FERETI SEMAIA et al,<br><br>                          Respondent. | Case No. 5:26-cv-03106-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.   Respondents are **ORDERED** immediately release Petitioner **Artur Basentsian (A# 244 338 366)** from custody on his prior order of release and return any confiscated property and documents to Petitioner upon release.  Provided that Petitioner is not subject to a final order of removal, Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an

individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: July 13, 2026

HONORABLE MARGO A. ROCCONI
United States District Judge